```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683013733
Cashier ID: lbreeden
Transaction Date: 08/01/2011
Payer Name: SUROVELL ISAACS PETERSEN LEV
Y
------------------------------------
CIVIL FILING FEE
  For: SUROVELL ISAACS PETERSEN LEVY
  Amount:        $350.00
------------------------------------
CHECK
  Check/Money Order Num: 21698
  Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

#3:11-CV-497
```