AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

FILED
AUG 15 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| VICTORIA L. FRAZIER<br><br>*Plaintiff*<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>*Defendant* | Civil Action No. 3:11CV497 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANS UNION, LLC.
   SERVE: Corporation Service Company, Registered Agent
   11 S. 12th Street
   Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristi C. Kelly, Esq.
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Dr.
Second Floor
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
*CLERK OF COURT*

Date: AUG -2-2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _MRS. HERE NORDQUIST CLERK_, who is designated by law to accept service of process on behalf of *(name of organization)* _CORPORATION SERVICE COMPANY_ AFFIDAVIT ATTACHED on *(date)* AUG 10 2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: AUG 10 2011

_____
Server's signature

Sgt. C. W. THOMPSON
Printed name and title

400 North 9th St
Richmond VA 23219

Server's address

Additional information regarding attempted service, etc: