AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia
**Richmond Division**

VICTORIA L. FRAZIER

|  |  |
|---|---|
| *Plaintiff* | ) ) ) |
| v. | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al. | ) |
|  | ) ) |
| *Defendant* | ) |

FILED

AUG 1 5 2011

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Civil Action No. 3:11CV497

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LITTON LOAN SERVICING, L.P.

**SERVE:** Corporation Service Company, Registered Agent
11 S. 12th Street
P.O. Box 1463
Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristi C. Kelly, Esq.
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Dr.
Second Floor
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**
*CLERK OF COURT*

Date: AUG -2 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

   ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

   ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   ☒ I served the summons on *(name of individual)* *Ms Rene Newdigate Clerk* , who is

designated by law to accept service of process on behalf of *(name of organization)* *Corporation*

*Service Company* AFFIDAVIT ATTACHED *(date)* AUG 1 0 2011 ; or

   ☐ I returned the summons unexecuted because _____ ; or

   ☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: AUG 1 0 2011 _____

_____
*Server's signature*

## C. W. THOMPSON
*Printed name and title*

*400 North 9th St*
*Richmond VA 23219*

*Server's address*

Additional information regarding attempted service, etc: