IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

VICTORIA L. FRAZIER,

  *Plaintiff*,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; AND LITTON LOAN SERVICING, L.P.;

  *Defendants*.

CIVIL ACTION NO.
3:11-cv-00497-JRS

**DEFENDANT TRANS UNION LLC'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

  1. Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Trans Union LLC in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:  TransUnion Corp.

  2. In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby discloses to the Court as follows:

    a. Trans Union LLC is wholly owned by TransUnion Corp., a Delaware Corporation.

    b. No public company owns 10 percent or more of the stock in Trans Union LLC.

        Respectfully submitted,

        /s/_____
        Grant E. Kronenberg
        Virginia Bar Number 65647
        Attorney for Trans Union LLC
        Morris & Morris, P.C.
        11 S. 12th Street, 5th Floor
        P.O. Box 30
        Richmond, VA 23218
        Telephone: (804) 344-6334
        Facsimile:  (804) 344-8359
        gkronenberg@morrismorris.com

DATED:  August 30, 2011.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Leonard Anthony Bennett
lenbennett@cox.net
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Tel:  (757) 930-3660
Fax: (757) 930-3662
*And*
Kristi Cahoon Kelly
kkelly@smillaw.com
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Tel:  (703) 277-9774
Fax: (703) 591-2149
Counsel for Plaintiff

/s/_____
Grant E. Kronenberg
Virginia Bar Number 65647
Attorney for Trans Union LLC
Morris & Morris, P.C.
11 S. 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
Telephone: (804) 344-6334
Facsimile:  (804) 344-8359
gkronenberg@morrismorris.com