IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**VICTORIA L. FRAZIER,**

      **Plaintiff,**

    v.                      Civil Action No. 3:11cv00497-JRS

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*

      **Defendants.**

### DEFENDANT LITTON LOAN SERVICING LP'S
### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Litton Loan Servicing LP**, Defendant in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of said party:

    **The Goldman Sachs Group, Inc.**

Dated:   August 31, 2011                      Respectfully submitted,

                                                        LITTON LOAN SERVICING LP

                                                        By:    /s/ John C. Lynch
                                                                 Of Counsel

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
Counsel for Defendant Litton Loan Servicing LP
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-1597
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
Email: kkelly@smillaw.com

Leonard A. Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: lenbennett@cox.net

Matthew J. Erausquin
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
E-mail: matt@clalegal.com

      /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
Counsel for Litton Loan Servicing LP
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

421958v1