


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

VICTORIA L. FRAZIER,

    Plaintiff,

v.                                  Civil Action No. 3:11cv497

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

    Defendant.

## AGREED ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Motion for an Extension of Time for Defendant, Experian Information Solutions, Inc., to file responsive pleadings to the Complaint filed by Plaintiff, Victoria L. Frazier.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Victoria L. Frazier and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Experian shall be GRANTED an extension of time until on or before October 3, 2011, to file its responsive pleadings, including its Answer, to the Complaint filed by Victoria L. Frazier.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this __3__ day of ~~September~~ October, 2011.

**SO ORDERED**

/s/
James R. Spencer
Chief United States District Judge

| | |
|---|---|
| WE ASK FOR THIS:<br><br>_____<br>David N. Anthony<br>Virginia State Bar No. 31696<br>*Attorney for Experian Information Solutions, Inc.*<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, Virginia 23219<br>Telephone: (804) 697-5410<br>Facsimile: (804) 698-5118<br>Email: david.anthony@troutmansanders.com | SEEN AND AGREED:<br><br>_____<br>Leonard Anthony Bennett<br>Consumer Litigation Assoc PC<br>12515 Warwick Blvd., Suite 100<br>Newport News, VA 23606<br>Telephone: 757-930-3660<br>Facsimile: 757-930-3662<br>Email: lenbennett@cox.net<br>*Counsel for Plaintiff* |

2085877v1