IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

VICTORIA L. FRAZIER,

    *Plaintiff*,

v.                                          CIVIL NO. 3:11-cv-00497-JRS

EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANS UNION, LLC; AND LITTON
LOAN SERVICING, L.P.;

    *Defendants*.

## JOINT REPORT OF RULE 26(F) PLANNING MEETING

Counsel for Plaintiff and counsel for Defendants have conferred in accordance with Rule 26(f) of the Federal Rules of Civil Procedure and the Court's October 13, 2011, Order Setting Pretrial Conference (Dkt. #15). The parties submit the following report of their meeting.

1. The Parties discussed the nature and basis of their claims and defenses.

2. The Parties discussed the possibilities for prompt settlement and resolution of the case.

3. The Parties agreed to make initial disclosures as required by Rule 26 within fourteen (14) days after the Rule 16(b) Initial Pretrial Conference scheduled for November 17, 2011.

4. The Parties agree that there is no need to conduct discovery in phases.

5. The Parties agree that there is no present need to otherwise modify the deadlines and limitations of discovery provided for by the Federal Rules of Civil Procedure or the Local Rules or this Court's form Pre-trial Scheduling Order.

6. Consent to Service by Electronic Means: The Parties agree that pursuant to Rule 5(b)(2)(E) and 6(d) of the Federal Rules of Civil Procedure any pleadings or other papers may be

served by sending such documents by email to the primary and/or secondary email addresses listed below (or any updated email address provided to Plaintiff's counsel and all counsel of record). The Parties also agree, upon request, to promptly (no later than the second business day after the day of service) provide the sending party with confirmation of receipt of the service by email. The format to be used for attachments to any email message shall be Microsoft Word (.doc) or Adobe Acrobat (.pdf). If an error or delayed delivery message is received by the sending party, that party shall promptly (within one business day of receipt of such message) notify the intended recipient of the message and serve the pleading or other papers by other authorized means.

        Respectfully submitted,

/s/
Grant E. Kronenberg
Virginia Bar Number 65647
Attorney for Defendant Trans Union LLC
Morris & Morris, PC
11 S. 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
Telephone: (804) 344-6334
Facsimile:  (804) 344-8359
gkronenberg@morrismorris.com


/s/
Leonard Anthony Bennett
Virginia Bar Number 37523
Attorney for Plaintiff
Consumer Litigation Assoc PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile:  (757) 930-3662
lenbennett@cox.net
   *And*

Kristi Cahoon Kelly
Virginia Bar Number 72791
Attorney for Plaintiff
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-2149
kkelly@smillaw.com

/s/
David Neal Anthony
Virginia Bar Number 31696
Attorney for Experian
Troutman Sanders LLP
Troutman Sanders Bldg.
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
david.anthony@troutmansanders.com

/s/
Ethan G. Ostroff
Virginia Bar Number 71610
Attorney for Litton
Troutman Sanders LLP
P.O. Box 61185
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
ethan.ostroff@troutmansanders.com

   *And*

John C. Lynch
Virginia Bar Number 39267
Attorney for Litton
Troutman Sanders LLP
P.O. Box 61185
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Tel: (757) 687-7765
Fax: (757) 687-1504
john.lynch@troutmansanders.com

DATED: November 16, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

| | |
|---|---|
| Leonard Anthony Bennett<br>lenbennett@cox.net<br>Consumer Litigation Assoc PC<br>12515 Warwick Blvd., Suite 100<br>Newport News, VA 23606<br>Tel: (757) 930-3660<br>Fax: (757) 930-3662<br>*And*<br>Kristi Cahoon Kelly<br>kkelly@smillaw.com<br>Surovell Isaacs Petersen & Levy PLC<br>4010 University Dr., Suite 200<br>Fairfax, VA 22030<br>Tel: (703) 277-9774<br>Fax: (703) 591-2149<br>**Counsel for Plaintiff**<br><br>David Neal Anthony<br>david.anthony@troutmansanders.com<br>Troutman Sanders LLP<br>Troutman Sanders Bldg.<br>1001 Haxall Point<br>P.O. Box 1122<br>Richmond, VA 23219<br>Tel: (804) 697-5410<br>Fax: (804) 698-5118<br>**Counsel for Defendant**<br>**Experian Information Solutions, Inc.** | Ethan G. Ostroff<br>ethan.ostroff@troutmansanders.com<br>Troutman Sanders LLP<br>P.O. Box 61185<br>222 Central Park Ave., Suite 2000<br>Virginia Beach, VA 23462<br>Tel: (757) 687-7541<br>Fax: (757) 687-1541<br>*And*<br>John C. Lynch<br>john.lynch@troutmansanders.com<br>Troutman Sanders LLP<br>P.O. Box 61185<br>222 Central Park Ave., Suite 2000<br>Virginia Beach, VA 23462<br>Tel: (757) 687-7765<br>Fax: (757) 687-1504<br>**Counsel for Defendant**<br>**Litton Loan Servicing, L.P.** |

I further certify that I will cause a copy of the foregoing Motion and corresponding NEF by electronic mail on the following non-filing user:

None.

5

/s/_____
Grant E. Kronenberg
Virginia Bar Number 65647
Attorney for Trans Union LLC
Morris & Morris, PC
11 S. 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
Phone: 804-344-6334
Fax: 804-344-8359
gkronenberg@morrismorris.com