IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



VICTORIA L. FRAZIER,

*Plaintiff,*

v.

CIVIL NO. 3:11-cv-00497-JRS

EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANS UNION, LLC; AND LITTON
LOAN SERVICING, L.P.;

*Defendants.*

## ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY CAME the Plaintiff, **Victoria L. Frazier**, by counsel, and the Defendant, TRANS UNION LLC, by counsel, and moves the United States District Court for the Eastern District of Virginia, Richmond Division ("District Court") to dismiss the above styled civil action only as to the Defendant, TRANS UNION LLC, because the parties have compromised and settled all claims and controversies between them.

UPON CONSIDERATION, of the representations of counsel, the pleadings and for other good cause shown, it be, and hereby is, ORDERED, ADJUDGED and DECREED that Civil Action No. 3:11-cv-00497-JRS is DISMISSED with prejudice only as to Defendant, TRANS UNION LLC. Upon entry of this Order the Clerk of the District Court shall send copies to all counsel of record prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 4th day of January, 2012.

/s/
James R. Spencer
United States District Judge

JAN - 3 2012

3730268.1/SP/83057/1163/122011

**WE ASK FOR THIS:**

_____
Leonard Anthony Bennett
Attorney for Plaintiff
Consumer Litigation Associates, PC
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com
 *and*
Kristi Cahoon Kelly
Attorney for Plaintiff
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Telephone: (703) 251-5400
Facsimile: (703) 591-9285
kcahoon@smillaw.com


_____
Grant E. Kronenberg
Virginia Bar Number 65647
Attorneys for Trans Union LLC
Morris & Morris, PC
11 S. 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
Telephone: (804) 344-6334
Facsimile: (804) 344-8359
gkronenberg@morrismorris.com