**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

**VICTORIA L. FRAZIER,**

    **Plaintiff**

             **CIVIL NO. 3:11cv497-JRS**

**EXPERIAN INFORMATION**
**SOLUTIONS ,INC.,** *et al.*

**Defendants.**

   **PLAINTIFF'S 26(A)(2) EXPERT WITNESS DISCLOSURE AND DESIGNATION**

   COMES NOW the Plaintiff, Victoria L. Frazier, by counsel, and discloses the following

Expert Witness to testify at trial:

   Todd E. Condron, Esq.
   LEGEETT SIMON FEEMYERS & LYON PLC
   11718 Bowman Green Drive, Suite 110A
   Reston, VA 22190
   Telephone: 703-537-0800

   The opinions, qualifications, basis for the opinions and other disclosures required by

F.R.C.P. 26(a)(2) are contained in the Plaintiff's Rule 26(a)(2) Expert Witness Report attached to

this Designation.

        Respectfully submitted,

        **VICTORIA L. FRAZIER**

        By_____/s/_____
        Kristi Cahoon Kelly, VSB #72791
        SUROVELL ISAACS PETERSEN & LEVY, PLC
        4010 University Drive, Second Floor
        Fairfax, Virginia 22030
        (703) 251-5400
        (703) 591-9285

kkelly@siplfirm.com

Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 facsimile
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of January, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
Virginia B. Flynn (VSB No. 79596)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: ( 757) 687-1504
Email: john.lynch@troutmansanders.com
Email: ethan.ostroff@troutmansanders.com
Email: Virginia.flynn@troutmansanders.com
*Counsel for Defendant Litton Loan Servicing LP*

David N. Anthony
TROUTMAN SANDERS LLP
Troutman Sanders Bldg.
1001 Haxal Point
P.O. Box 1122
Richmond, VA 23219
Telephone: (804) 697-5410
Fax: (804) 698-5118
Email: david.anthony@troutmansanders.com
*Counsel for Defendant Experian Information Solutions, Inc.*

Grant E. Kronenberg (VSB No. 65647)
Morris & Morris, PC
11 S. 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
Phone: (804) 344-3664
Fax: (804) 344-8359

Email: gkronenberg@morrismorris.com
*Counsel for Defendant Trans Union, LLC*

                    /s/
Kristi Cahoon Kelly, VSB #72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
(703) 251-5400
(703) 591-9285
kkelly@siplfirm.com
*Counsel for Plaintiff*