**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

**VICTORIA L. FRAZIER,**

       **Plaintiff**

v.                               **CIVIL NO. 3:11cv497-JRS**

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*

       **Defendants.**

## NOTICE OF APPEARANCE

Please take note that Susan Mary Rotkis of Consumer Litigation Associates, 763 J. Clyde Morris Blvd., Suite 1A, Newport News, VA 23601, hereby enters her appearance on behalf of the plaintiff.

                                        Respectfully submitted,

                                        By_____/s/_____
                                        Susan Rotkis, Esq. VSB #40693
                                        CONSUMER LITIGATION ASSOCIATES, P.C.
                                        763 J Clyde Morris Blvd, Suite 1A
                                        Newport News, Virginia 23601
                                        (757) 930-3660
                                        (757) 930-3662 facsimile
                                        srotkis@clalegal.com

                                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify on this 10th day of February, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
Virginia B. Flynn (VSB No. 79596)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: ( 757) 687-1504
Email: john.lynch@troutmansanders.com
Email: ethan.ostroff@troutmansanders.com
Email: Virginia.flynn@troutmansanders.com
*Counsel for Defendant Litton Loan Servicing LP*

                                                /s/
                                Susan Rotkis, Esq. VSB #40693
                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                763 J Clyde Morris Blvd, Suite 1A
                                Newport News, Virginia 23601
                                (757) 930-3660
                                (757) 930-3662 facsimile
                                srotkis@clalegal.com