**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

**VICTORIA L. FRAZIER,**

    **Plaintiff**

v.            **CIVIL NO. 3:11cv497-JRS**

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*

    **Defendants.**

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

  COMES NOW the Plaintiff, Victoria L. Frazier, by counsel, and pursuant to Fed. R. Civ. P. 56(d), she moves this Court for entry of Partial Summary Judgment on the basis and for the reasons more fully outlined in her supporting Memorandum filed herewith.

          Respectfully submitted,

          **VICTORIA L. FRAZIER**

          By_____/s/_____
         Susan Rotkis, Esq. VSB #40693
         CONSUMER LITIGATION ASSOCIATES, P.C.
         763 J Clyde Morris Blvd, Suite 1A
         Newport News, Virginia 23601
         (757) 930-3660
         (757) 930-3662 facsimile
         srotkis@clalegal.com

         Kristi Cahoon Kelly, VSB #72791
         SUROVELL ISAACS PETERSEN & LEVY, PLC
         4010 University Drive, Second Floor
         Fairfax, Virginia 22030
         (703) 251-5400
         (703) 591-9285
         kkelly@siplfirm.com

Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Blvd, Suite 1A
Newport News, Virginia 23601
(757) 930-3660
(757) 930-3662 facsimile
lenbennett@cox.net

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify on this 10th day of February, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
Virginia B. Flynn (VSB No. 79596)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: ( 757) 687-1504
Email: john.lynch@troutmansanders.com
Email: ethan.ostroff@troutmansanders.com
Email: Virginia.flynn@troutmansanders.com
*Counsel for Defendant Litton Loan Servicing LP*

        /s/
Susan Rotkis, Esq. VSB #40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Blvd, Suite 1A
Newport News, Virginia 23601
(757) 930-3660
(757) 930-3662 facsimile
srotkis@clalegal.com