**VICTORIA L. FRAZIER**
**P.O. BOX 3125**
**STAFFORD, VA 22555-3125**

March 8, 2011

Trans Union, LLC.
P. O. Box 200
Chester, PA 19022

      RE:    Victoria L. Frazier
               P.O. Box 3125
               Stafford, VA 22555-3125
               SSN: 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
               Date of Birth: July 25, 1965

Dear Sir:

    I am writing to follow up on the enclosed letter where I sought to make a dispute under the Fair Credit Reporting Act. I have certified mail, return receipt confirmation that you received my prior letter. However, I understand that you have not corrected the inaccurate information in my credit file. Please re-read the enclosed letter and conduct a proper investigation.

                                                   Very truly yours,

                                                   *Victoria Frazier*

                                                   Victoria L. Frazier

STATE OF VIRGINIA

CITY OF Fairfax                    , to-wit:

Subscribed to and sworn before me this 8th day of March, 2011.

                                                   NOTARY PUBLIC

*[U.S. Postal Service Certified Mail Receipt affixed — Postage $.44, Certified Fee 2.80, Return Receipt Fee 2.30, Total Postage & Fees $5.54; Sent to: Trans Union LLC, P.O. Box 200, Chester, PA 19022]*

*[Notary seal: OLGA CJ MACIAS, COMMONWEALTH OF VIRGINIA, MY COMMISSION EXPIRES 03/31/2011, COMMISSION # 7118445, NOTARY PUBLIC]*



EXHIBIT F

**VICTORIA L. FRAZIER**
**P.O. BOX 3125**
**STAFFORD, VA 22555-3125**

March 8, 2011

Experian Information Solutions
P. O. Box 2104
Allen, Texas 75013

    RE:    Victoria L. Frazier
             P.O. Box 3125
             Stafford, VA 22555-3125
             SSN: 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
             Date of Birth: July 25, 1965

Dear Sir:

    I am writing to follow up on the enclosed letter where I sought to make a dispute under the Fair Credit Reporting Act. I have certified mail, return receipt confirmation that you received my prior letter. However, I have not heard as to whether or not you have corrected the inaccurate information in my credit file. Please re-read the enclosed letter and conduct a proper investigation.

                                              Very truly yours,

                                              Victoria L. Frazier

STATE OF VIRGINIA

CITY OF _Fairfax_, to-wit:

Sworn before me this _8th_ day of _March_, 2011.

                                          NOTARY PUBLIC

[Certified Mail Receipt:]
U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
Postage: $ .44
Certified Fee: 2.80
Return Receipt Fee (Endorsement Required): 2.30
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 5.54
Sent To: Experian
Street, Apt. No.; or PO Box No.: P.O. Box 2104
City, State, ZIP+4: Allen, Texas 75013
PS Form 3800, August 2006

[Notary seal: OLGA CJ MACIAS, COMMONWEALTH OF VIRGINIA, MY COMMISSION EXPIRES 03-11-2011, COMMISSION # 7118446, NOTARY PUBLIC]

**VICTORIA L. FRAZIER**
**P.O. BOX 3125**
**STAFFORD, VA 22555-3125**

February 2, 2011

Equifax Information Services
P. O. Box 740241
Atlanta, GA 30374

Trans Union, LLC.
P. O. Box 200
Chester, PA 19022

Experian Information Solutions
P. O. Box 2104
Allen, Texas 75013

     RE:   Victoria L. Frazier
             P.O. Box 3125
             Stafford, VA 22555-3125
             SSN: 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
             Date of Birth: July 25, 1965

Gentlemen:

     My attorney provided me this letter to send you in order that I may make my dispute under the Fair Credit Reporting Act. I am disputing the following inaccurate information you are reporting within my credit file. I do not have an account with Litton Loan Servicing. These are not mine:

- Litton Loan Servicing – Conventional Real Estate Loan – Opened 6/2006 – Past Due $72,946.00 – Foreclosure proceeding started

     I have not signed a mortgage note, nor have I taken out any type of credit with Litton Loan Servicing. These accounts are solely in my husband's name. You can verify this with Litton. In addition, if you would like a copy of the actual note, I can send a copy to you. I do not owe these debts – these accounts do not belong to me.

     Please immediately remove this negative account information from my credit report. Please forward this letter and the attachments to the creditors listed above and ask that they verify that what I have said is accurate. In addition, please request that the creditors above send you a copy of the application or any other supporting documents to prove that I owe these debts and/or paid late.

I demand that you investigate my credit file and delete the inaccurate information that I have noted above. When you have completed you investigation, please send me a copy of my credit report that shows the exact information that you would give to someone who was considering me for a loan. Please also send a corrected report to each company that you previously provided a report since January 1, 2009.

Please forward a copy of this letter to your customers when you convey my disputes. If you are not willing to do so, please immediately provide me the names, addresses, and telephone numbers of the people you deal with at these companies so that I can send them a dispute myself.

Also, please call me immediately if you need or will accept additional information to support my disputes. My phone number is (703) 519-3520.

Before you continue to report any further information regarding this matter, please contact me at the above address in order that I may supply you with any other information that you may find helpful. Also, you may call me immediately if you need or will accept additional information to support my disputes.

Very truly yours,

Victoria L. Frazier

STATE OF VIRGINIA

CITY OF Fairfax , to-wit:

Subscribed to and sworn before me this 2nd day of February, 2011.

_____
NOTARY PUBLIC

My Commission Expires: 03-11-2011

Notary Registration No: 7118445



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Experian
   P.O. Box 2104
   Allen, Texas
   75013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) / Date of Delivery
   EXPERIAN / MAR 15 2011

   701 EXPERIAN PARKWAY

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
   7010 0290 0002 2358 5329

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trans union LLC
P.O. Box 200
Chester, Pa
19022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Trans union LLC
C. Date of Delivery: MAR 10 2011

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Frazer Vektor

2. Article Number
(Transfer from service label)
7010 0290 0002 2358 5312

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540