IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**VICTORIA L. FRAZIER,**

    **Plaintiff,**

    v.                                         Civil Action No. 3:11cv497-JRS

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*

    **Defendants.**

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Litton Loan Servicing LP ("Litton"), by counsel, submits this Motion for Substitution of Counsel, and in support of said Motion, states as follows:

On February 17, 2012, this Court granted Defendant, Litton Loan Servicing LP's, Consent Motion for Substitution of Counsel to allow the substitution of Gary Edwards, Esq. and the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, for John C. Lynch and Ethan G. Ostroff of Troutman Sanders, LLP. A copy of this Order is attached hereto as **Exhibit A**. Ms. Virginia Bell Flynn, also of Troutman Sanders, LLP, was inadvertently omitted from the Consent Motion.

No party to this action will be prejudiced by the substitution requested above. A proposed Order terminating Virginia Bell Flynn as counsel of record for Litton Loan Servicing LP, is attached hereto as **Exhibit B**.

Dated: February 23, 2012                 Respectfully submitted,

                                                  LITTON LOAN SERVICING LP

                                                  By:    /s/ Virginia Bell Flynn
                                                           Of Counsel

Virginia Bell Flynn (VSB No. 79596)
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: 804.697.1480
Facsimile: 804.698.5109
virginia.flynn@troutmansanders.com

Counsel for Defendant Litton Loan Servicing LP

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**VICTORIA L. FRAZIER,**

      **Plaintiff,**

    v.                        Civil Action No. 3:11cv00497-JRS

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,** *et al.*

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
Email: kkelly@smillaw.com

Leonard A. Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: lenbennett@cox.net

Matthew J. Erausquin
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
E-mail: matt@clalegal.com

430929v1

           /s/ Virginia Bell Flynn
        Virginia B. Flynn (VSB No. 79596)
        Counsel for Defendant Litton Loan Servicing LP
        TROUTMAN SANDERS LLP
        222 Central Park Avenue, Suite 2000
        Virginia Beach, Virginia 23462
        Telephone: (757) 687-7500
        Facsimile: (757) 687-1501
        E-mail: virginia.flynn@troutmansanders.com