IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**VICTORIA L. FRAZIER,**

    **Plaintiff,**

v.                                            Civil Action No. 3:11cv497-JRS

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*

    **Defendants.**

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Litton Loan Servicing LP ("Litton"), by counsel, on Defendant's Motion for Substitution of Counsel for John C. Lynch and Ethan G. Ostroff of Troutman Sanders, LLP, to withdraw as counsel, and finding no prejudice to the parties, it is hereby

ORDERED that John C. Lynch and Ethan G. Ostroff of Troutman Sanders, LLP, are granted leave to withdraw as counsel of record for Litton and that Gary Edwards, Esq. and the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, is substituted as counsel for Litton.

IT IS ORDERED that the Clerk of this Court send copies of this Order to all counsel of record.

ENTER: February 17, 2012

/s/
James R. Spencer
United States District Judge

**Exhibit A**

430317v1

WE ASK FOR THIS:

/s/ Ethan G. Ostroff
John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
*Counsel for Defendant Litton Loan Servicing LP*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-1597
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com

/s/ Gary Edwards
Gary Edwards, Esq. (VSB No. 44848)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
100 Med Tech Parkway, Suite 200
Johnson City, TN 37604
Telephone: (423)928-0181
Facsimile: (423)979-7634
E-mail: gedwards@bakerdonelson.com

SEEN AND AGRED:

/s/ Leonard A. Bennett
Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
Email: kkelly@smillaw.com

Leonard A. Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: lenbennett@cox.net

Matthew J. Erausquin
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
E-mail: matt@clalegal.com

*Counsel for Plaintiff*

430317v1

WE ASK FOR THIS:

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
*Counsel for Defendant Litton Loan Servicing LP*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-1597
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com


Gary Edwards, Esq. (VSB No. 44848)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
100 Med Tech Parkway, Suite 200
Johnson City, TN 37604
Telephone: (423)928-0181
Facsimile: (423)979-7634
E-mail: gedwards@bakerdonelson.com

SEEN AND AGRED:

*/s/ Susan M Rotkis*
Susan Mary Rotkis VSB 40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757)930-3662
srotkis@clalegal.com

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
Email: kkelly@smillaw.com

Leonard A. Bennett
Consumer Litigation Assoc PC
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601

430317v1

E-mail: lenbennett@cox.net

Matthew J. Erausquin
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
E-mail: matt@clalegal.com

*Counsel for Plaintiff*

430317v1