IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**VICTORIA L. FRAZIER,**

    **Plaintiff,**

    v.                                Civil Action No. 3:11cv497-JRS

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*

    **Defendants.**

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Litton Loan Servicing LP ("Litton"), by counsel, on Defendant's Motion for Substitution of Counsel for Virginia Bell Flynn of Troutman Sanders, LLP, to withdraw as counsel, and finding no prejudice to the parties, it is hereby

ORDERED that Virginia Bell Flynn of Troutman Sanders, LLP, is granted leave to withdraw as counsel of record for Litton and that Gary Edwards, Esq. and the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, is substituted as counsel for Litton.

IT IS ORDERED that the Clerk of this Court send copies of this Order to all counsel of record.

                                                ENTER: February ___, 2012

                                                The Honorable James R. Spencer

**Exhibit B**