AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia (Richmond)

| Victoria L. Frazier | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:11cv497-JRS |
| Experian Informational Solutions, Inc., et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Litton Loan Servicing, L.P.

Date:   02/24/2012

*Attorney's signature*

Gary L. Edwards, Esq. (Va Bar No. 44848)
*Printed name and bar number*

Baker, Donelson, Bearman, Caldwell & Berkowitz,
P.C., P.O. Box 3038, Johnson City, TN 37602

*Address*

gedwards@bakerdonelson.com
*E-mail address*

(423) 928-0181
*Telephone number*

(423) 979-7634
*FAX number*