UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



VICTORIA L. FRAZIER,

Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. *et al.*,

Defendants.

Civil Action No. 3:11-CV-497

## ORDER

THIS MATTER comes before the Court on a Motion for an Extension of Time in Which Plaintiff Shall File Her Reply in Support of Her Motion for Partial Summary Judgment (ECF No. 35). Upon due consideration, the Court GRANTS the Motion. Plaintiff shall have until Monday, March 5, 2012, to file her reply in support of her summary judgment motion.

Let the Clerk send a copy of this Order to all parties and counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
**United States District Judge**

ENTERED this 1st day of March 2012.