**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**VICTORIA L. FRAZIER,**

          **Plaintiff,**

**v.**                                 **CIVIL NO. 3:11cv497**

**EXPERIAN INFORMATION SOLUTIONS,**
**INC., et al.**
          **Defendants.**

**PLAINTIFF'S SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES**

COMES NOW the Plaintiff, **VICTORIA L. FRAZIER**, by counsel, and makes

the following supplemental disclosures:

**I.  Individuals likely to have discoverable information**

      12.    Olga Macias
             c/o Surovell Isaacs Petersen & Levy PLC
             4010 University Dr
             Suite 200
             Fairfax, VA 22030

             *All facts regarding Plaintiff's husband's loan modification and*
             *conversation with Ms. Graham, employee of Litton regarding*
             *Plaintiff not being a responsible party on the mortgage.*

**II.  Description of documents in possession of the Plaintiff.**

Other than those documents obtained from any Defendant in discovery, the
Plaintiff has the following supplemental and additional documents in her possession and
control (*documents previously provided to the Defendant with discovery responses*):

Plaintiff's Bate Stamp Nos.   000416-000990

Documents produced pursuant to Subpoena from Trans Union – Bates # TU 1 –
TU 120.

Plaintiff reserves the right to further supplement these disclosures.

**VICTORIA FRAZIER**

_____
       /s/

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  lenbennett@cox.net

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774 - Telephone
703-591-2149 – Facsimile
Email: kkelly@smillaw.com

### _CERTIFICATE OF SERVICE_

       I hereby certify that on this 6th day of March, 2012,  I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gary L. Edwards
Baker Donelson Bearman Caldwell & Berkowitz, PC
100 Med Tech Parkway
Suite 200
Johnson City, TN 37604
Email: gedwards@bakerdonelson.com

       _Counsel for Litton Loan Servicing, LP._

**VICTORIA L. FRAZIER**

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:lenbennett@cox.net


Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774 - Telephone
703-591-2149 – Facsimile
Email: kkelly@smillaw.com