UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**VICTORIA L. FRAZIER,**

      **Plaintiff,**

v.                                                                                    CIVIL NO. 3:11cv497

**EXPERIAN INFORMATION SOLUTIONS,
INC., et al.**

      **Defendants.**

**PLAINTIFF'S SECOND SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES**

    COMES NOW the Plaintiff, **VICTORIA L. FRAZIER**, by counsel, and makes the following supplemental disclosures:

**I. Individuals likely to have discoverable information**

13.    John Michael Meredith
        328 Ebaugh Drive, SE
        Leesburg, VA 20175

> *All facts regarding how Plaintiff was affected when she learned about the inaccurate Litton loan information reporting on her credit reports; Plaintiff's attempts to have Litton correct their error and Plaintiff's increasing depression and weight gain due to the continuing stress when her attempts failed; knowledge about Plaintiff's failed attempts to obtain employment and her inability to co-sign on a loan document for him.*

**II. Description of documents in possession of the Plaintiff.**

    Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following supplemental and additional documents in her possession and control:

Documents received from Experian – ExpFrazier 000001 – 000072.

Plaintiff reserves the right to further supplement these disclosures.

1

**VICTORIA FRAZIER**

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  lenbennett@cox.net

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774 - Telephone
703-591-2149 – Facsimile
Email: kkelly@smillaw.com

## *CERTIFICATE OF SERVICE*

I hereby certify that on this 8th day of March, 2012,  I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gary L. Edwards
Baker Donelson Bearman Caldwell & Berkowitz, PC
100 Med Tech Parkway
Suite 200
Johnson City, TN 37604
Email: gedwards@bakerdonelson.com

*Counsel for Litton Loan Servicing, LP.*

**VICTORIA L. FRAZIER**

    /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:lenbennett@cox.net


Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774 - Telephone
703-591-2149 – Facsimile
Email: kkelly@smillaw.com

3