**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**VICTORIA L. FRAZIER,**

**Plaintiff**

    **v.**                                                **CIVIL NO. 3:11cv497-JRS**

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*

                **Defendants.**

**PLAINTIFF'S MOTION TO COMPEL**

COMES NOW the Plaintiff, Victoria Frazier, by counsel, and respectfully moves the court for:

(1) an order pursuant to Rule 37(c)(1) excluding any witnesses or evidence that has not been disclosed under Rule 26(a)(1) or supplemented under Rule 26(e) as of the date of the filing of this motion;

(2) an order compelling Litton without limitation to produce all the documents requested, to answer all interrogatories, and to produce the names and addresses of the employee-witnesses requested for depositions compelling them to appear for depositions on dates and times convenient to the Plaintiff, but not later than March 28, 2012.

(3) an order striking Litton's Answer and Affirmative Defenses.

                              Respectfully Submitted,

                              Victoria Frazier,

                              _____/s/_____
                              Susan Mary Rotkis, VSB #40693
                              Leonard A. Bennett,VSB #37523
                              CONSUMER LITIGATION ASSOCIATES, P.C.
                              763 J. Clyde Morris Blvd., Suite 1A
                              Newport News, Virginia 23601

(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
srotkis@clalegal.com
lenbennett@cox.net

Kristi Cahoon Kelly, VSB #72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
(703) 251-5400
(703) 591-9285
kkelly@siplfirm.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gary L. Edwards
Baker Donelson Bearman Caldwell & Berkowitz, PC
100 Med Tech Parkway
Suite 200
Johnson City, TN 37604
Email: gedwards@bakerdonelson.com

_____/s/_____
Susan Mary Rotkis, VSB $40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
srotkis@clalegal.com

Counsel for Plaintiffs
