UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**VICTORIA L. FRAZIER,**

        **Plaintiff,**

v.                      **CIVIL NO. 3:11cv497**

**EXPERIAN INFORMATION SOLUTIONS, INC., et al.**
        **Defendants.**

**PLAINTIFF'S THIRD SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES**

    COMES NOW the Plaintiff, **VICTORIA L. FRAZIER**, by counsel, and makes the following supplemental disclosures:

**II. Description of documents in possession of the Plaintiff.**

    Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following supplemental and additional documents in her possession and control:

    Plaintiff's Bates No. 000991- 001093.

    Plaintiff reserves the right to further supplement these disclosures.

                            **VICTORIA FRAZIER**

                              /s/
                        Kristi Cahoon Kelly, VSB # 72791
                        Surovell Isaacs Petersen & Levy PLC
                        4010 University Dr
                        Suite 200
                        Fairfax, VA 22030
                        703-277-9774 - Telephone
                        703-591-2149 – Facsimile
                        Email: kkelly@smillaw.com

                    Leonard A. Bennett, Esq., VSB #37523
                    CONSUMER LITIGATION
                    ASSOCIATES, P.C.
                    763 J. Clyde Morris Blvd., Suite 1-A
                    Newport News, Virginia 23601
                    (757) 930-3660 - Telephone
                    (757) 930-3662 – Facsimile
                    E-mail: lenbennett@cox.net
                    Attorneys for Plaintiff

### *CERTIFICATE OF SERVICE*

I hereby certify that on this 22nd day of March, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gary L. Edwards, Esq.
Baker Donelson Bearman Caldwell & Berkowitz, PC
100 Med Tech Parkway
Suite 200
Johnson City, TN 37604
Email: gedwards@bakerdonelson.com

*Counsel for Litton Loan Servicing, LP.*

**VICTORIA L. FRAZIER**

/s/
Kristi Cahoon Kelly, VSB # 72791
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774 - Telephone
703-591-2149 – Facsimile
Email: kkelly@smillaw.com

Leonard A. Bennett, Esq., VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:lenbennett@cox.net
Attorneys for Plaintiff