**CIVIL NON-JURY TRIAL OR MOTION HEARING**
**MINUTE SHEET**                                                                    DATE:    3/22/12

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Victoria L. Frazier<br><br>                              v.<br><br>Litton Loan Servicing | CASE NO:    3:11cv497<br><br>JUDGE:    Spencer<br><br>COURT REPORTER:    Kull |

MATTER COMES ON FOR:   BENCH TRIAL ( )   MOTION HEARING ( x ) OTHER: _____

APPEARANCES:    Parties by (x )/with (    ) counsel          Pro Se (    )

MOTIONS BEFORE TRIAL: _____
_____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) (    )     DEFENDANT(S) (    ) Court (    )

OPENING STATEMENTS MADE (    )          OPENING WAIVED (    )

PLAINTIFF(S) ADDUCED EVIDENCE (    ) RESTED (    ) MOTION (    ) _____

DEFENDANT(S) ADDUCED EVIDENCE (    )    RESTED (    ) MOTION (    ) _____

REBUTTAL EVIDENCE ADDUCED   (    )     SUR-REBUTTAL EVIDENCE ADDUCED (    )

EVIDENCE CONCLUDED (    )        ARGUMENTS OF COUNSEL HEARD (    )

COURT FOUND IN FAVOR OF PLAINTIFF(S)   (    )     MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) (    ) _____

CLERK TO ENTER JUDGMENT ON DECISION (    )   TRIAL EXHIBITS RETURNED TO COUNSEL (    )

CASE CONTINUED UNTIL _____ AT _____     .M. FOR _____

ADDITIONAL NOTATIONS:
_____

__Plaintiff's Motion for Partial Summary Judgment on the accuracy issue – GRANTED.   Plaintiff's Motion for Partial Summary Judgment on the reasonableness issue – TAKEN UNDER ADVISEMENT.
_____

_____


_____
Counsel for Plaintiff(s)
Leonard Bennett, Esq., and Susan Rotkis, Esq.

_____
Counsel for Defendant(s)
Gary L. Edwards, Esq.

_____
SET:    11:00          BEGAN:   11:02          ENDED:        11:32          TIME IN COURT:   :30

RECESSES: