IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VICTORIA L. FRAZIER,

        **Plaintiff**

v.                                          CIVIL NO. 3:11cv497-JRS

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*

        **Defendants.**

### PLAINTIFF, VICTORIA FRAZIER'S DESIGNATION OF WITNESSES

COMES NOW, the Plaintiff, **VICTORIA L. FRAZIER**, by counsel, pursuant to the Court's Pre-Trial order, and hereby designates the following witnesses for use at trial:

1. Plaintiff, Victoria L. Frazier (events, liability and damages).

2. Employees of Litton Loan Servicing, LP. (All facts regarding the subject matters of the Complaint and liability and damages)

3. Todd E. Condron, Esq. (Expert witness).

4. Harry Frazier (events, liability and damages, emotional distress damages).

5. Melissa McAdams (emotional distress damages).

6. John Michael Meredith (emotional distress damages)

7. Olga Macias – (liability and damages)

8. Employees of Glasser and Glasser – (regarding foreclosure proceedings)

9. Erica Ringer – Glasser and Glasser – (regarding foreclosure proceedings)

10. Rex Lamb, Assistant Vice President, Loan Administration, for Litton during the time relevant to the allegations in the Plaintiffs Complaint (liability).

11. Alesha Luckett, an employee of Litton and part of the Customer Assistance Resolution Team ("CART") during the time relevant to the allegations in Plaintiffs Complaint   (liability)

12. Yvette Dillard-Frank, an employee of Litton and the CART Supervisor during the time relevant to the allegations in Plaintiffs Complaint (liability)

13. Witnesses identified by the Defendant.

**VICTORIA FRAZIER**

/s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  lenbennett@cox.net

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774 - Telephone
703-591-2149 – Facsimile
Email: kkelly@smillaw.com

## *CERTIFICATE OF SERVICE*

I hereby certify that on this 23rd day of March, 2012,  I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gary L. Edwards
Baker Donelson Bearman Caldwell & Berkowitz, PC
100 Med Tech Parkway
Suite 200
Johnson City, TN 37604
Email: gedwards@bakerdonelson.com

*Counsel for Litton Loan Servicing, LP.*

**VICTORIA L. FRAZIER**

      /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:lenbennett@cox.net


Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774 - Telephone
703-591-2149 – Facsimile
Email: kkelly@smillaw.com