DEFENDANT'S EXHIBIT 1

**Edwards, Gary**

**From:** Leonard Bennett <lenbennett@clalegal.com>
**Sent:** Thursday, March 01, 2012 10:28 AM
**To:** Edwards, Gary
**Subject:** Re: Victoria Frazier v. Experian, et. al. (INADMISSIBLE SETTLEMENT NEGOTIATIONS)

Thanks Gary.

We really do appreciate your effort and involvement.



Len

On Mar 1, 2012, at 9:40 AM, Edwards, Gary wrote:

Len —

The enlargement through Monday is fine. I will try to have you a response on my client's position by the end of the day Friday, but I cannot make any guarantees that I will have that information by that time . . . as it usually takes some time.



G

**From:** Leonard Bennett [mailto:lenbennett@clalegal.com]
**Sent:** Wednesday, February 29, 2012 4:43 PM
**To:** Edwards, Gary
**Subject:** Re: Victoria Frazier v. Experian, et. al. (INADMISSIBLE SETTLEMENT NEGOTIATIONS)

Gary -

1