

**DEFENDANT'S EXHIBIT 2**

**Edwards, Gary**

| | |
|---|---|
| **From:** | Len Bennett <lenbennett@cox.net> |
| **Sent:** | Wednesday, February 15, 2012 8:22 PM |
| **To:** | Leonard Bennett |
| **Cc:** | McCray, Dawn; Susan Rotkis; kkelly@smillaw.com; omacias@smillaw.com; Edwards, Gary |
| **Subject:** | Re: INADMISSIBLE SETTLEMENT NEGOTIATIONS |

Gary -

Before your client gets to far down the road, we should determine if settlement is actually a viable option. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Len

Sent from my iPad

On Feb 14, 2012, at 12:54 PM, Leonard Bennett <lenbennett@clalegal.com> wrote:

> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> Sent from my iPad
>
> On Feb 13, 2012, at 5:20 PM, "McCray, Dawn" <dmccray@bakerdonelson.com> wrote:
>
>> Good Afternoon.
>> Please see the attached correspondence.
>>
>> Thank you,
>> **Dawn McCray, on behalf of Gary Edwards**
>> Legal Secretary to Gary L. Edwards, Matthew D. Davison and
>> R. Andrew Hutchinson
>> Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
>> 100 Med Tech Parkway, Suite 200
>> Johnson City, TN 37604
>> Direct:  423.975.7638
>> Fax:  423.979.7638
>> E-mail: dmccray@bakerdonelson.com
>> www.bakerdonelson.com
>>
>> Baker, Donelson, Bearman, Caldwell & Berkowitz
>> is a full service regional law firm with offices in
>> Alabama, Florida, Georgia, Louisiana, Mississippi, Tennessee, Texas, and Washington, D.C.
>>
>> **Baker Donelson**: One of FORTUNE magazine's "100 Best Companies to Work For"
>>
>> 🖶 Please consider the environment before printing this e-mail.
>>
>> ---
>>
>> Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-

related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

## <INADMISSIBLE SETTLEMENT NEGOTIATIONS.PDF>