

**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TRI-CITIES TENNESSEE/VIRGINIA
100 MED TECH PARKWAY
SUITE 200
JOHNSON CITY, TENNESSEE 37604
PHONE: 423.928.0181
FAX: 423.928.5694
KINGSPORT: 423.246.6191
MAILING ADDRESS:
P.O. BOX 3038
JOHNSON CITY, TENNESSEE 37602

www.bakerdonelson.com

GARY EDWARDS
**Direct Dial:** 423-975-7634
**Direct Fax:** 423-979-7634
**E-Mail Address:** gedwards@bakerdonelson.com



February 13, 2012

**VIA EMAIL AND**
**REGULAR MAIL**
Leonard Anthony Bennett, Esq.
Susan Mary Rotkis, Esq.
Consumer Litigation Associates, PC
12515 Warwick Blvd., Suite 1000
Newport News, VA  23606
lenbennett@cox.net; lenbennett@clalegal.com;
srotkis@clalegal.com

      Re:    *Victoria L. Frazier v. Experian Information Solutions, et. al.*;
            U.S. District Court for the Eastern District of Virginia (Richmond Division);
            Case No. 3:11cv497-JRS.

Dear Len:

    I have taken over the defense of the named defendant Litton Loan Servicing LP, in the above referenced action.  Please find enclosed the following:

    1.    Defendant Litton Loan Servicing LP's Privilege Log; and

    2.    Documents which are being produced in response to your discovery requests, and which have been Bates-Numbered LLS-VF403 through LLS-VF507.

    Thank you for your attention to this matter, and please contact me if you have any questions,.

J GLE 126742 v1

0-0 02/13/2012

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C. • BEIJING, CHINA
Representative Office.
BDBC International, LLC

Len Bennett, Esq.
February 13, 2012
Page 2

Sincerely,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Gary Edwards

cc:     Kristi Cahoon Kelly, Esq. (via email only: kkelly@smillaw.com; omacias@smillaw.com)

J GLE 126742 v1

0-0  02/13/2012