**Edwards, Gary**

| | |
|---|---|
| From: | Vicki Ward <vickiward@clalegal.com> |
| Sent: | Thursday, February 16, 2012 5:20 PM |
| To: | Leonard Bennett |
| Cc: | Edwards, Gary; Susan Rotkis; lenbennett@cox.net Bennett; kkelly@smillaw.com; omacias@smillaw.com; Matt Erausquin |
| Subject: | Re: Frazier v. Litton (Protective Order ? ) |
| Attachments: | Frazier - Draft Protective Order - Litton.doc; ATT00001.htm |

See attached draft of the Protective Order.


**Vicki Ward, Legal Assistant
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Phone - 757-930-3660
Fax: 757-930-3662
e-mail: vickiward@clalegal.com

This message contains information from Consumer Litigation Associates, Inc. which may be confidential and privileged. If you are not an intended recipient and have received this transmission in error, please contact (757) 930-3660 to report same.**


On Feb 16, 2012, at 5:10 PM, Leonard Bennett wrote:

Vicki can send you the standard EDVA PO.

Sent from my iPad

On Feb 16, 2012, at 5:07 PM, "Edwards, Gary" <gedwards@bakerdonelson.com> wrote:

> Len –
>
> We have some additional documents to produce that are confidential. Therefore, we need a Protective Order in place. I did not see such an Order on the Court's docket history. Has one been circulated? If not, are you agreeable to a customary Protective Order? If so, I will circulate one.
>
> Thanks
>
> Gary Edwards, Esq.

1

Baker Donelson

---

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.