**Edwards, Gary**



DEFENDANT'S EXHIBIT 6

| | |
|---|---|
| From: | Leonard Bennett <lenbennett@clalegal.com> |
| Sent: | Sunday, March 04, 2012 8:43 PM |
| To: | Edwards, Gary |
| Subject: | Re: Victoria Frazier v. Litton (Some "Housekeeping" Matters) |

Gary -

Let's start with 3. We can't move trial. Not in the EDVA. Not with Judge Spencer.

Re: 1 and 2. Part of our confidence in our position is the lack of discovery by Defendant. The case was off balance before you even got in. We have our third party discovery now done. We made our disclosures. Litton has not disclosed a thing.

Our reply is due Monday. We need to resolve it early today.

Len

Sent from my iPhone

On Mar 1, 2012, at 3:16 PM, "Edwards, Gary" <gedwards@bakerdonelson.com> wrote:

> Len –
>
> A couple of housekeeping matters. I know that we are still engaging in negotiations, but I have some additional information/inquiries to pass along in case we do not reach a resolution:
>
> 1. I can make a 30(b)(6) witness available on 3/21 at 10 a.m. for a deposition. The witness needs to fly out that afternoon, so if that does not give you enough time to do your deposition, then let me know and I will request another date. What is the location in Richmond for the deposition?
>
> 2. Will you make the Fraziers available for a deposition of each on 3/22?
>
> 3. Are you wed to the 4/9 trial? Or do you have an interest in setting it out a couple of months so that there is some additional time for this discovery should we not reach a resolution.
>
> Regards
>
> Gary Edwards, Esq.
> Baker Donelson
> (423) 928-0181

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.