**Edwards, Gary**

| | |
|---|---|
| From: | Susan M. Rotkis <srotkis@clalegal.com> |
| Sent: | Friday, March 09, 2012 4:03 PM |
| To: | Edwards, Gary |
| Cc: | Kristi Cahoon Kelly; Leonard Bennett |
| Subject: | Frazier v. Litton Loan Servs. |



DEFENDANT'S EXHIBIT 7

Dear Mr. Edwards:

J. Spencer has the following dates available to hear the Pl's motion for partial summ. j.:

Mon. Mar. 20 @ 9:15 a.m.
Tues. Mar. 21 @ 10:30 a.m.
Weds. Mar. 22 @ 11:00 a.m.

The following dates are available to hear the Pl's motion for sanctions and to compel:

Mon. 3/26 at 9:00 a.m.
Tues. 3/27 at 9:30 a.m.
Weds. 3/28 at 9:00 a.m.

These times are offered to us as a courtesy and are first come, first served. I realize the lateness of the hour today, but as the judge's schedule has limited availability the next couple weeks, please let me know your first and second choices for each motion so that I may alert the court Monday morning.

Sincerely, Susy


Susan M. Rotkis, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 facsimile


This message contains information from Consumer Litigation Associates, Inc. which may be confidential and privileged. If you are not an intended recipient and have received this transmission in error, please contact (757) 930-3660 to report same.