# Consumer Litigation Associates, P.C.

**DEFENDANT'S EXHIBIT 8**

ATTORNEYS AND COUNSELORS AT LAW
A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road
Alexandria, Virginia 22314

Leonard A Bennett, Esquire
lenbennett@clalegal.com
(757) 930-3660 Phone
(757) 930-3662 Facsimile

**REPLY TO: HAMPTON ROADS OFFICE**

March 5, 2012

Gary L. Edwards
Baker Donelson Bearman Caldwell & Berkowitz PC
100 Med Tech Parkway
Suite 200
Johnson City, TN 37604
Email: gedwards@bakerdonelson.com

RE: Victoria L. Frazier v. Experian Information Solutions, Inc., et al
*Civil Action No: 3:11-cv-497-JRS*

Dear Mr. Edwards:

Enclosed please find the following with regard to the above matter:

1. Plaintiff's Responses to Defendant's Interrogatories.
2. Plaintiff's Responses to Defendant's Request for Production of Documents.
3. CD containing Plaintiff's Supplemental Exhibits.

Thank you for your cooperation and assistance herein, I remain

Very truly yours,

Leonard A. Bennett / sns

Leonard A. Bennett

LAB:sns
Enclosures