**DEFENDANT'S EXHIBIT 9**

**Edwards, Gary**

| | |
|---|---|
| **From:** | Ostroff, Ethan G. <Ethan.Ostroff@troutmansanders.com> |
| **Sent:** | Friday, February 17, 2012 3:49 PM |
| **To:** | Edwards, Gary |
| **Subject:** | FW: Frazier - Plaintiff's Responses to Discovery |
| **Attachments:** | Frazier - Plaintiff's Responses to Litton RFP's 2 17 12.pdf; ATT00001..htm; Frazier - Plaintiff's Responses to Litton Int's 2 17 12.pdf; ATT00002..htm |

fyi

---

**From:** Vicki Ward [mailto:vickiward@clalegal.com]
**Sent:** Friday, February 17, 2012 3:47 PM
**To:** Lynch, John C.; Ostroff, Ethan G.; Flynn, Virginia B.
**Cc:** Kristi Cahoon Kelly; Olga Macias; Leonard Bennett; Susan Rotkis
**Subject:** Frazier - Plaintiff's Responses to Discovery

Mr. Lynch, Mr. Ostroff and Ms. Flynn:

Attached hereto please find Plaintiff's Responses to Litton's Interrogatories and Requests for Production. A CD with Plaintiff's Supplemental Document Disclosure will be mailed to you today, as well.

Thanks,


**Vicki Ward, Legal Assistant
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Phone - 757-930-3660
Fax: 757-930-3662
e-mail: vickiward@clalegal.com**

**This message contains information from Consumer Litigation Associates, Inc. which may be confidential and privileged. If you are not an intended recipient and have received this transmission in error, please contact (757) 930-3660 to report same.**

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.