# Consumer Litigation Associates, P.C.

DEFENDANT'S EXHIBIT 10

ATTORNEYS AND COUNSELORS AT LAW
A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road
Alexandria, Virginia 22314

Leonard A Bennett, Esquire
lenbennett@clalegal.com
(757) 930-3660 Phone
(757) 930-3662 Facsimile

REPLY TO: HAMPTON ROADS OFFICE

March 7, 2012

*Via Federal Express Delivery*
Gary L. Edwards
Baker Donelson Bearman Caldwell & Berkowitz, PC
100 Med Tech Parkway
Suite 200
Johnson City, TN 37604

RE: Victoria L. Frazier v. Experian Information Solutions, Inc.,
Trans Union, LLC., and Litton Loan Servicing, L.P.
*Civil Action No: 3:11-cv-00497-JRS*

Dear Mr. Edwards:

Enclosed please find the following to further supplement Plaintiff's Responses to Requests for Production of Documents and Disclosures with regard to the above action:

1. Declaration of Custodian of Records – for the Trans Union Documents previously produced – TU-1 through TU – 120;

2. Documents received from Experian pursuant to Subpoena – EXP-Frazier 000001-000072.

Thank you for your cooperation and assistance herein, I remain

Very truly yours,

Leonard A. Bennett

LAB:vlw

Enclosure