UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



VICTORIA L. FRAZIER,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. et al.,

    Defendants.

Civil Action No. 3:11-CV-497

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to File Supplemental Authority (ECF No. 45) in reply to Defendant's opposition to Plaintiff's motion for partial summary judgment. Upon due consideration and good cause shown, the Court GRANTS Plaintiff's Motion.

Moreover, upon due consideration, the Court GRANTS Defendant's request for additional time to obtain affidavits regarding the reasonableness of its investigation into Plaintiff's disputes. Defendant shall submit any additional information to the Court on this issue within ten (10) days of the date of this Order.

Let the Clerk send a copy of this Order to all parties and counsel of record.

It is SO ORDERED.

          /s/
James R. Spencer
United States District Judge

ENTERED this __26th__ day of March 2012.