UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| VICTORIA L. FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL DOCKET NO: 3:11cv497-JRS |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC, TRANS UNION ) | |
| LLC, AND LITTON LOAN ) | |
| SERVICING, L.P., ) | |
| ) | |
| Defendants. ) | |

## LITTON LOAN SERVICING, LP'S
## DISCOVERY DESIGNATIONS

Comes the named Defendant Litton Loan Servicing, LP ("Litton" or "Defendant"), without waiving its request for the Court to re-open and permit additional discovery [*see* Doc.53],[1] and submits its discovery designations required by Paragraph No. 14 of the Court's Scheduling and Jury PreTrial Order [Doc. 21]. Litton hereby designates the following:

1. "Plaintiff's Responses to Defendant Litton Loan Servicing, L.P.'s First Set of Requests for Admission," Numbers 1, 2 and 6-11.

2. "Declaration of Victoria L. Frazier," Paragraph Numbers 1-3, 10 (first sentence only), 12, 17, 19 and 21-23. *See* Doc. 29-1.

3. Plaintiff's Answers to Defendant Litton Loan Servicing, L.P.'s First Set of Interrogatories," Numbers 1-2 (Plaintiff's incorporation of Litton's transaction and comments logs only), 19 (first paragraph only), 20, 24, 26, and 28-29, except as otherwise objectionable to Litton.

---

[1] If the Court re-opens and permits additional time for discovery, then Litton likewise requests that it be permitted to amend and/or supplement the designations herein.

4. Litton's Comments and Transactions Logs, which Plaintiff has incorporated into her verified discovery responses, except as otherwise objectionable to Litton.

5. Litton's Affidavits submitted in accordance with the Court's Order. *See* Doc. 54.

6. All documents, electronic information or other tangible things identified during discovery that are not otherwise objectionable to Litton.

Litton reserves the right to amend its Discovery Designations based on subsequent discovery of additional evidence, the results of pending or future discovery, for rebuttal purposes, the results of upcoming motions *in limine*, or other good cause. Litton also reserves the right to object to the introduction of any designations set forth herein or offered by Plaintiff, and expressly reserves all objections that it may be entitled to assert.

DATED this 26th day of March, 2012.

Respectfully submitted,

**LITTON LOAN SERVICING, LP**

/s/ Gary L. Edwards
Gary L. Edwards, Esq.
VA Bar No. 44848
Attorney for Litton Loan Servicing, LP
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, TN 37602
(423) 928-0181
Fax: (423) 979-7634; gedwards@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Leonard A. Bennett, Esq.
Susan Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES PC
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601

Kristi Cahoon Kelly, Esq.
SUROVELL ISAACS PETERSON & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030

                                                                   __/s/ Gary L. Edwards___
                                                                   Gary L. Edwards, Esq.
                                                                   VA Bar No. 44848
                                                                   Attorney for Litton Loan Servicing, LP
                                                                   BAKER, DONELSON, BEARMAN,
                                                                   CALDWELL & BERKOWITZ, P.C.
                                                                   100 Med Tech Parkway, Suite 200
                                                                   P.O. Box 3038
                                                                   Johnson City, TN 37602
                                                                   (423) 928-0181
                                                                   Fax: (423) 979-7634;
                                                                   gedwards@bakerdonelson.com