UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

VICTORIA L. FRAZIER,

                                        Plaintiff,

                v.                                          Civil Action No. 3:11–CV–497

EXPERIAN INFORMATION
SOLUTIONS, INC. *et al.*,

                                        Defendants.

## **ORDER**

THIS MATTER comes before the Court on a Motion for an Extension of Time filed by Defendant Litton Loan Servicing, LP. (ECF No. 52.) Upon due consideration, the Court GRANTS Defendant's unopposed Motion.

Let the Clerk send a copy of this Order to all parties and counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
United States District Judge

ENTERED this __27th__ day of March 2012.