UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**VICTORIA L. FRAZIER,**

      **Plaintiff,**

v.                                         **CIVIL NO. 3:11cv497**

**EXPERIAN INFORMATION SOLUTIONS,**
**INC., et al.**
      **Defendants.**

## PLAINTIFF'S F.R.C.P. 26(a)(3) DESIGNATION OF EXHIBITS

COMES NOW the Plaintiff, **VICTORIA L. FRAZIER**, by counsel, and hereby designates the following exhibits pursuant to Fed. R. Civ. R. 26(a)(3) as follows:

| Exhibit Number | Document Description | Bate Stamp Numbers |
|---|---|---|
| 1 | Harry Frazier – Uniform Residential Loan Application signed May 15, 2006, Good Faith Estimate, Borrower Signature Authorization, Borrower's Certification and Authorization | Plaintiff's Bate Stamp Exhibit #000549-000555 |
| 2 | Harry Frazier – Loan Closing Documents | Plaintiff's Bate Stamp Exhibit # 000462, 000473-000479, 000485-000493-000495, 000501, 000537, 000541, 000556-000564 |
| 3 | Adjustable Rate Note | Plaintiff's Bate Stamp Exhibit # 000002-000008 |
| 4 | Closing Agent Fax Communication to Harry Frazier dated July 6, 2006 | Plaintiff's Bate Stamp Exhibit # 000565-000567 |
| 5 | Litton Pooling and Servicing Agreement dated September 1, 2006 | Plaintiff's Bate Stamp Exhibit # 000329-000341 |

| **Exhibit Number** | **Document Description** | **Bate Stamp Numbers** |
|---|---|---|
| 6 | Litton Billing Statements | Plaintiff's Bate Stamp Exhibit # 000055-000056, 000628, 000011, 000015, 000012, 000017, 000019, 000021, 000965, 000022, 000023 |
| 7 | November 21, 2008 Litton Loan Servicing letter to Harry Frazier regarding interest rate adjustment. | Plaintiff's Bate Stamp Exhibit # 000010 |
| 8 | May 24, 2011 Litton Loan Servicing letter to Harry Frazier c/o Surovell, Markle, Isaacs & Levy regarding interest rate adjustment. | Plaintiff's Bate Stamp Exhibit # 000940 |
| 9 | June 8, 2008 Litton Loan Servicing letter to Harry Frazier regarding Servicing Transfer Information. | Plaintiff's Bate Stamp Exhibit # 000053 – 000054 |
| 10 | October 14, 2011 Litton Loan Servicing Notice of Servicing Transfer (RESPA) to Harry Frazier c/o o Surovell, Markle, Isaacs & Levy | Plaintiff's Bate Stamp Exhibit # 000987-000990 |
| 11 | Harry Frazier Loan Modification Correspondence | Plaintiff's Bate Stamp Exhibit # 000624-000627, 000632, 000645-000647, 000640-000643, 000633-000634, 000636-000639, 000648-000667, 000669-000670, 000013-000014, 000025-000031, 000097-000098, 000133-000134, 000124-000125, 000154-000158, 000151-000152, 000171-000172, 000218-000230, 000237-000238, 000231-000236, 000242-000251, 000941-000943, 000252-000256, 000950-000963, 000257-000261, 000967-000968 |
| 12 | March 2, 2011 Notice of Olga Macias | Plaintiff's Bate Stamp Exhibit # 000621 |

2

| Exhibit Number | Document Description | Bate Stamp Numbers |
|---|---|---|
| 13 | Defendant's Account Note History | LLS-VF 403 -507 |
| 14 | Defendant Litton Loan Servicing, LP's Privilege Log | |
| 15 | Defendant Litton Loan Servicing LP's Objections to Plaintiff's First Set of Interrogatories dated January 9, 2012. | |
| 16 | Defendant Litton Loan Servicing LP's Objections to Plaintiff's First Set of Request for Production of Documents dated January 9, 2012. | |
| 17 | Ocwen Press Release | Plaintiff's Bate Stamp Exhibit # 000991-000996 |
| 18 | Form 10-Q of Ocwen Financial Corporation | Plaintiff's Bate Stamp Exhibit # 000997-001093 |
| 19 | CDIA Credit Reporting Resource Guide | |
| 20 | Business Records of Experian Information Solutions, Inc. and Authentication Affidavit dated March 7, 2012 | ExpFrazier 000001-000072 |
| 21 | Business Records of Trans Union, LLC. and Declaration of Custodian of Records dated March 6, 2012 | TU 1- 120 |
| 22 | February 15, 2011 Equifax Results of Investigation | Plaintiff's Bate Stamp Exhibit # 000370-000371 |

  Plaintiff will disclose additional exhibits upon receipt of Defendant's substantive responses to Plaintiff's written discovery in accordance with the Court's Order, March 29, 2012.

**VICTORIA FRAZIER**

      /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774 - Telephone
703-591-2149 – Facsimile
Email: kkelly@smillaw.com

### *CERTIFICATE OF SERVICE*

I hereby certify that on this 30th day of March, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gary L. Edwards
Baker Donelson Bearman Caldwell & Berkowitz, PC
100 Med Tech Parkway
Suite 200
Johnson City, TN 37604
Email: gedwards@bakerdonelson.com

*Counsel for Litton Loan Servicing, LP.*


**VICTORIA L. FRAZIER**

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net


Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774 - Telephone
703-591-2149 – Facsimile
Email: kkelly@smillaw.com