UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| VICTORIA L. FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL DOCKET NO: 3:11cv497-JRS |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION LLC, AND LITTON LOAN SERVICING, L.P., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## LITTON LOAN SERVICING, LP'S WITNESS LIST

Comes the named Defendant Litton Loan Servicing, LP ("Litton" or "Defendant"), and submits its Witness List required by Paragraph No. 15 of the Court's Scheduling and Jury PreTrial Order [Doc. 21]. Litton hereby designates the following:

1. Diane Comstock;

2. Corporate Representative of Litton.

3. Anyone identified as a witness by the Plaintiff Victoria L. Frazier, who is not otherwise objectionable to Litton;

4. Anyone identified in initial disclosures and/or during the course of discovery who is not otherwise objectionable to Litton; and

5. Anyone necessary for impeachment and/or rebuttal purposes.

Litton reserves the right to amend and/or supplement this witness list to provide additional witnesses as discovered, for rebuttal purposes, the results of upcoming motions *in limine*, or other good cause. Litton also reserves the right to object to any testimony by any

persons included on this list. Litton also reserves the right to object to the introduction of any witnesses set forth herein or offered by Plaintiff, and expressly reserves all objections that it may be entitled to assert. Litton expressly reserves any and all objections to which it is entitled to assert.

DATED this 30th day of March, 2012.

    Respectfully submitted,

**LITTON LOAN SERVICING, LP**

/s/ Gary L. Edwards
Gary L. Edwards, Esq.
VA Bar No. 44848
Attorney for Litton Loan Servicing, LP
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, TN 37602
(423) 928-0181
Fax: (423) 979-7634; gedwards@bakerdonelson.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 30, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    Leonard A. Bennett, Esq.
    Susan Rotkis, Esq.
    CONSUMER LITIGATION ASSOCIATES PC
    763 J. Clyde Morris Blvd., Suite 1A
    Newport News, Virginia 23601

    Kristi Cahoon Kelly, Esq.
    SUROVELL ISAACS PETERSON & LEVY PLC
    4010 University Drive, 2nd Floor
    Fairfax, Virginia 22030

    __/s/ Gary L. Edwards___
    Gary L. Edwards, Esq.
    VA Bar No. 44848
    Attorney for Litton Loan Servicing, LP
    BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
    100 Med Tech Parkway, Suite 200
    P.O. Box 3038
    Johnson City, TN 37602
    (423) 928-0181
    Fax: (423) 979-7634;
    gedwards@bakerdonelson.com