IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**VICTORIA L. FRAZIER,**

      **Plaintiff**

v.                                           CIVIL NO. 3:11cv497-JRS

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*

      **Defendants.**

### NOTICE OF SETTLEMENT

Plaintiff, by counsel, hereby provides notice that the parties have resolved the claims in this case by compromise. A trial in this matter was set to be April 9, 2012, which may be continued until such time as the parties execute a settlement agreement and file a joint order of dismissal in this case.

                                                Respectfully submitted,

                                                **VICTORIA L. FRAZIER**,

                                                _____/s/_____
                                                Susan M. Rotkis, Esq.
                                                VSB #40693
                                                Leonard A. Bennett, Esq.
                                                VSB #37523
                                              Attorney for Plaintiff
                                              CONSUMER LITIGATION ASSOCIATES, P.C.
                                              763 J. Clyde Morris Blvd., Suite 1-A
                                              Newport News, Virginia 23601
                                              (757) 930-3660 - Telephone
                                              (757) 930-3662 – Facsimile
                                              E-mail: srotkis@clalegal.com
                                               E-mail:  lenbennett@cox.net

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 3d day of April, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gary L. Edwards
Baker Donelson Bearman Caldwell & Berkowitz, PC
100 Med Tech Parkway
Suite 200
Johnson City, TN 37604
Email: gedwards@bakerdonelson.com

                                              /s/
                                      Susan M. Rotkis
                                      VSB #40693
                                      Attorney for Plaintiff
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      763 J. Clyde Morris Blvd., Suite 1-A
                                      Newport News, Virginia 23601